## 2UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-04690-JWH (AS) | Date | June 15, 2026 |
|---|---|---|---|

| Title | Charles Sirius Day v. Los Angeles Department of Sanitation and Environment, et. al., |
|---|---|

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On June 24, 2025, Plaintiff filed the operative First Amended Complaint ("FAC") against Defendants Los Angeles Department of Sanitation and Environment, State of California, City of Los Angeles, Ahdoot Family Trust, Ahdoot Roohollah, Afsaneh Trso, and Los Angeles Police Department, pursuant to 42 U.S.C. § 1983, for violations of his Fourth Amendment right against unreasonable seizure, and Fourth Amendment right to Due Process, the Americans with Disabilities Act, state law conversion and evidence destruction and spoiliation. (Dkt No. 12). On October 2, 2026, Defendants City of Los Angeles, the Los Angeles Department of Sanitation and Environment, and the Los Angeles Police Department, ("City Defendants") filed an Amended Answer to the FAC. (Dkt. No. 24). On November 7, 2026, Defendants Ahdoot Family Trust, Ahdoot Roohollah, Afsaneh Trso, ("Ahdoot Defendants"), filed their answers to the FAC. (Dkt. Nos. 66-68).

Following the referral to this matter for a settlement conference, (Dkt. No. 55), the Court conducted a telephonic conference with counsel on November 12, 2025, in preparation for a settlement conference initially scheduled for December 2, 2025, and subsequently re-scheduled to December 10, 2026. (Dkt. Nos. 70-71). At the parties' requests, the settlement conference was re-scheduled to February 24, 2026. (Dkt. No. 73). On February 17, 2026, the Court granted the parties' request to vacate the settlement conference on February 24, 2026, and re-schedule the settlement conference for June 4, 2026. (Dkt. Nos. 75-76).

## 2UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-04690-JWH (AS) | Date | June 15, 2026 |
|---|---|---|---|
| Title | Charles Sirius Day v. Los Angeles Department of Sanitation and Environment, et. al., | | |

On June 4, 2026, counsel for the parties appeared before the Court at 10:00 a.m., for the settlement conference but Plaintiff was not present. The Court continued the hearing to 1:00 p.m. to provide counsel with an opportunity to locate Plaintiff and facilitate his presence. However, despite their earnest efforts, counsel were unable to locate Plaintiff. The Court directed Plaintiff's counsel to file a status report by June 11, 2026, "setting forth their efforts to reach Plaintiff and if successful, proposed dates for a continued settlement conference." (Dkt. No. 80). Plaintiff was reminded of his responsibility to move a case that he has filed forward toward resolution and the failure to comply with deadlines impedes progress in that direction. Id.

On June 12, 2026, counsel complied with the Court's Order by submitting a status report stating that they had been unable to locate or otherwise communicate with Plaintiff, and have lost all communication with Plaintiff. (Dkt. No. 81).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than July 30, 2026,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of a declaration signed by Plaintiff indicating his intention to pursue this case and to appear for a re-scheduled settlement conference.[1]

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

//

//

//

---

[1] The Court will permit Plaintiff to appear remotely with counsel at any re-scheduled settlement conference. See Dkt. No. 80.

2UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-04690-JWH (AS) | Date | June 15, 2026 |
|---|---|---|---|
| Title | Charles Sirius Day v. Los Angeles Department of Sanitation and Environment, et. al., | | |

   Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.


**IT IS SO ORDERED.**

cc:  John W. Holcomb
  United States District Judge